AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

AMY MORGAN, individually and on behalf of all others similarly situated

*Plaintiff(s)*

v.   Civil Action No. 1:19-cv-04401-JMS-DML

MIDLAND CREDIT MANAGEMENT, INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MIDLAND CREDIT MANAGEMENT, INC
c/o REGISTERED AGENT
ILLINOIS CORPORATION SERVICE CO
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature ... Deputy Clerk*

Date:   10/31/2019

*[Stamped: SERVED]*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-04401-JMS-DML

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amy Morgan v Midland Credit Management, Inc.
was received by me on *(date)* 10/31/2019

☐ I personally served the summons on the individual at *(place)* 801 Stevenson Drive, Springfield, IL 62703 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lyle Neeman, who is designated by law to accept service of process on behalf of *(name of organization)* Midland Credit Management, Inc. on *(date)* 11/08/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/12/2019

*Server's signature*

Paul Pankiewicz - Process Server
*Printed name and title*

R.O.S. Consulting, Inc
23900 W. Industrial Drive, Suite 3
Plainfield, IL 60585
*Server's address*

Additional information regarding attempted service, etc: