UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMY MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-04401-JMS-DML |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## Order on Joint Motion to Stay Proceedings

Considering the parties' joint motion to stay proceedings pending ruling by The Seventh Circuit Court of Appeals, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that all proceedings in the court are hereby STAYED pending a decision from The Seventh Circuit Court of Appeals in *Preston v. Midland Credit Management, Inc.*

It is further ORDERED that the initial pretrial conference set for December 30, 2019 at 10:30 a.m. (Eastern) is hereby VACATED. Parties shall file a status report within fourteen days of a decision from The Seventh Circuit Court of Appeals.

So ORDERED.

Date: 12/10/2019

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system