UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMY MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-04401-JMS-DML |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

Entry and Order from Status Conference

The parties, by counsel, appeared for a status conference on March 9, 2020, with the magistrate judge. Counsel shall confer and, by March 30, 2020, file a proposed case management plan. Counsel shall also file a joint status report within 60 days of entry of a case management plan.

So ORDERED.

Date: 3/10/2020

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system